IN THE UNITED STATES BANKRUPTCY COURT
For the MIDDLE DISTRICT of PENNSYLVANIA
HARRISBURG DIVISION

| | | |
|---|---|---|
| In re: ) | Chapter: 7 | |
| Punita A. Patel ) | | |
| ) | REQUEST FOR SPECIAL NOTICE | |
| ) | Case Number: 10-03035-RNO | |
| Debtor(s) ) | [No Hearing Required] | |

TO THE CLERK:

    The undersigned attorneys for:
        HSBC BANK NEVADA, N.A.
           BOSCOV'S

a creditor of the above referenced debtor.

    Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

    REQUEST IS HEREBY MADE that HSBC BANK NEVADA, N.A. be given and served with all notices given or required to be given in the case as follows:

        HSBC BANK NEVADA, N.A.
        Bass & Associates, P.C.
        3936 E. Ft. Lowell Road, Suite #200
        Tucson, AZ 85712

    Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 04/28/10
Account Number: ************8271

        Respectfully submitted,
        Bass & Associates, P.C.

        By: /s/ Patti H. Bass (AZ 016849)
           Attorneys for Creditor
           HSBC BANK NEVADA, N.A.
           3936 E Ft Lowell Rd Suite 200
           Tucson, AZ 85712-1083
           (520) 577-1544
           ecf@bass-associates.com